FILED

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

2019 JAN -9 AM 11: 33

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

**LUNDY DUKES**

**Plaintiff,**

**Vs.**

Case No; 8:19-cv-63-T-36SPF

**INTERSTATE REALITY MANAGEMENT CO. et al,**

**LISA HEREDIA ( MANAGER Phase I. )**

**Defendant(s).**

### Law-Suit

**This is a law suit being brought against the management of Belmont Heights Estates Phase I. low income and a Federally Funded property, for Senior Citizen Housing Community, managed by Lisa Heredia that is in the act of Miss-Use of Power, by virtue of employment position while acting under color of state law in violation of the 9th amendment, 14th amendment section Due Process of Law and section 501 of Americans with Disability Act being in direct violation of 42 U.S.C. ss. 1981 ( Bill of Rights)**

**Come now the Plaintiff/ Tenant , Lundy J. Dukes, to make an awareness to this Honorable U.S. Direct Court that the management is exploiting the plaintiff for money not owed via the use of intimidation, threats of eviction, that amounts the act of Deliberate Indifference.**

**The Plaintiff cites as count 1. , The manager is in fact acting under the color of State Law.**

### ACTING UNDER COLOR OF STATE LAW

1. **It is a crime for one or more persons using power given them by a government agency to deprive or conspire willfully to alter the rights of any person protected by the U.S, Constitution or laws of the U.S.A.**

IFP.

**THOMPSON VS. ZIREKLE, 2007 US DIST., LEXIS 77654(ND, Ind. OCT 17, 2007**

**2. The Plaintiff cites Deliberate Indifferences against the Defendants) for the conscious and or reckless disregards of the consequences f one's act or omissions. (Ignored a situation that exist).**

3. The Plaintiff cites the Defendants for the falsifying of the records, to wit: False Financial Reports of alleged debts that are unfounded.

4. The plaintiff, cites the Defendants for the Arbitrary, Capricious, and Callous acts of ignoring the facts that the plaintiff suffers from Depression and Bi-Polar Disorders, that are on file in the managers office.

5. Plaintiff cites the 8th amendment, whereas, the manager should have reasonable known or should have known that to use the threats intimidation, the inference could be drawn that a substantial risk of serious harm exist to cause severe stress to the Plaintiff in his mental conditions.

6. The Plaintiff cites the Defendants for the Falsifying of the Records to make them appear in her favor.

7. The Plaintiff seeks Damages for the above that demonstrates Inadequate Training of the Subordinates employed by the Defendants that has Injured the Plaintiff Mentally through the Gross Neglect of the Plaintiff mental conditions.

8. The Plaintiff is an American with Disability and is protected under section 501 of the American With Disability Act as amended in the Laws, pursuant to 42 U.S.C ss 1981 ( Bill of Rights)

## DAMAGES

1. The Plaintiff seek Damages for the miss-conducts of the defendants through the Arbitrary, Callous, and Capricious Acts of total Ignorance of the employment position granted by virtue of Government, of a Federally Funded Low Income Public Housing for Senior Citizens at Belmont Heights Estates Phase I., that Exploit the Seniors for unfounded Debts, while Actin Under The Color Of State Laws.

2. The Plaintiff seek Damages for the Gross Neglect of the Defendants for violation of the Grievance Procedure, to omit a requested grievance with the manager/ District Manger as prescribed in the Residents Guide-Lines to dispute the false debts are unfounded by the Manager for her own gains.

3. The Plaintiff seek Damages for the Callous act of Deliberate Indifference by the Defendant for Racial Profiling of the Plaintiff with Reckless.Disregards of the Plaintiff'.

4. The Plaintiff seek Damages from the Defendants for the Falsifying of the records to make them appear in order when the records are Unfounded and without merit. (Documented Evidence).

5. The Plaintiff seek Damages for the severe mental anguish caused by the defendant Lisa Heredia, the assigned manager at Belmont Heights Estates Phase 1. That deliberated invoked stress and sleeplessness to befall the Plaintiff as a measure to control the Plaintiff's thinking, due to his mental conditions that she knew, that are on record in the Plaintiff" medical file within the office of the manager Lisa Heredia, the subordinate employee of the Defendants Interstate Reality Management Co., that attempted to use the medical condition of the Plaintiff through the method of Un Due Influences to make the Plaintiff's "Will Her Will", which is a criminal act of conspiracy by the manager Lisa Heredia to exploit the Plaintiff for unfounded debts with threats of intimidations and eviction, for her own gains.

6. The Plaintiff seek damages for severe stress and harassment of the defendant Lisa Heredia the manager of Belmont Heights Estates Phase 1. to use her position as Manger while Acting Under The Color Of state Law, to Intimidate, and cause sleeplessness, to the Plaintiff as a measure of "Power and Control over the weak and the Black Race that she indicates through her Instance Traits of Character.

7. The Plaintiff seek Damages for the Inadequate Training of the subordinates assigned to the position Manager that are not capable to adhere to the Guide-Lines set-forth by the Federally Funded Program pursuant to Urban and Housing Developments as a matter of the law.

8. The Plaintiff seek damages for the Hardships the defendant has inflicted upon the Plaintiff as a measure control in an attempt to silence the Plaintiff and make the Plaintiff feel helpless to challenge the Defendant for her wrong-doings.

9. The Plaintiff seek Damages for the Distress the Defendant has cause the plaintiff through her Callous Behaviors.

10. The Plaintiff seek Punitive Damages that shall be in the amount of $ 5,000.00 as a measure to punish the defendants for the Outrageous Miss- Conducts of the defendants as a ,matter of the law.

11. The plaintiff sues the Defendant for all other Damages that the Court shall find in favor of the plaintiff as a Matter of the law. U.S.C ss Due Process of the Law.

12. The Plaintiff sues the Defendant for being in direct violation of 42 USC ss 1981 (Bill of Rights)

13. The Plaintiff sues the Defendant for the all of the above as a matter of the law.

## AFFIDAVIT

Sworn to this _____ day of 07 / JANUARY 2019 in the presents of a Notary Public in the State of Florida

TEMIKA NICOLE JONES
MY COMMISSION # GG209385
EXPIRES. April 19, 2022

Notary Public

Plaintiff

1104 E. 25th Ave. # B
Tampa, FL 33605